IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ERIC DANIELS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:14-cv-156-CSC |
| | ) | (WO) |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## FINAL JUDGMENT

In accordance with the memorandum opinion entered herewith, it is

**ORDERED AND ADJUDGED** that the decision of the Commissioner be and is hereby **AFFIRMED** and that this case be and is hereby DISMISSED with prejudice. It is further

**ORDERED** that costs be and are hereby taxed against the plaintiff for which execution may issue.

Done this 5th day of May, 2015.

    /s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE